Opinion issued February 5, 2009


 







In The

Court of Appeals

For The

First District of Texas






NO. 01-08-00291-CV






NATIONAL CREDIT ACCEPTANCE, INC., Appellant


V.


CHRIS LANIER, Appellee






On Appeal from the County Civil Court at Law No. 1

Harris County, Texas

Trial Court Cause No. 902770






MEMORANDUM OPINION Appellant National Credit Acceptance, Inc. has failed to timely file a brief. See
Tex. R. App. P. 38.8(a) (failure of appellant to file brief). After being notified that
this appeal was subject to dismissal, appellant did not adequately respond. See Tex.
R. App. P. 42.3(b) (allowing involuntary dismissal of case).

 The appeal is dismissed for want of prosecution for failure to timely file a
brief. All pending motions are denied.

PER CURIAM

Panel consists of Chief Justice Radack and Justices Alcala and Higley.